UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILAN KJALASAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NHOLT PAMELA LYNN,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00039-JAD-EJY<br><br>**REPORT AND RECOMMENDATION**<br><br>Re: Order to Show Cause (ECF No. 4) |

On March 13, 2020, the Court granted Plaintiff's Application for Leave to Proceed *in forma pauperis* and dismissed Plaintiff's Complaint without prejudice with leave to amend within thirty days of its Order. ECF No. 3.

On April 14, 2020, the Court entered an Order to Show Cause why this matter should not be dismissed for failure to comply with this Court's March 13, 2020 Order. ECF No. 4. The Court gave Plaintiff through and including April 28, 2020 to respond to its Order to Show Cause, stating that "[f]ailure to timely respond . . . shall result in a recommendation that this case be dismissed." *Id*. at 2. As of the date of this Report and Recommendation, Plaintiff has filed nothing with the Court. Accordingly,

IT IS HEREBY RECOMMENDED that Plaintiff's action be dismissed with prejudice.

IT IS FURTHER RECOMMENDED that the Clerk of the Court be instructed to close this case and enter judgment accordingly.

DATED THIS 29th day of April, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).